Charles H. Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel.: (973) 596-4611
cchevalier@gibbonslaw.com

OF COUNSEL:

F. Dominic Cerrito
Angus Chen, Ph.D.
Elizabeth Murphy
Brian J. Forsatz, Ph.D.
Carly Romanowicz
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue
New York, New York 10010

*Attorneys for Plaintiffs*
*Takeda Pharmaceuticals America, Inc.,*
*Takeda Pharmaceuticals U.S.A., Inc. and*
*ARIAD Pharmaceuticals Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA PHARMACEUTICALS U.S.A., INC., and ARIAD PHARMACEUTICALS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>Defendants. | Civil Action No. 22-7454 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiffs Takeda Pharmaceuticals America, Inc., Takeda Pharmaceuticals U.S.A., Inc., and ARIAD Pharmaceuticals Inc. certifies the following:

1. Takeda Pharmaceuticals America, Inc. is 100% directly owned by Takeda Pharmaceuticals U.S.A., Inc.

2. Takeda Pharmaceuticals U.S.A., Inc. is a subsidiary of Takeda Pharmaceutical Company Limited, a publicly traded (4502: Tokyo Stock Exchange; TAK: New York Stock Exchange) Japanese corporation that directly owns 72.70% of Takeda Pharmaceuticals U.S.A., Inc. and non-party Takeda Pharmaceuticals International AG, a Swiss corporation that directly owns 27.30% of Takeda Pharmaceuticals U.S.A., Inc.

3. ARIAD Pharmaceuticals, Inc. is 100% directly owned by Takeda Pharmaceuticals U.S.A., Inc.  No public company owns 10% or more of its stock.

Dated: December 21, 2022

Respectfully submitted,

By: s/ Charles H. Chevalier
Charles H. Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4611

OF COUNSEL:

F. Dominic Cerrito
Angus Chen, Ph.D.
Elizabeth Murphy
Brian J. Forsatz, Ph.D.
Carly Romanowicz
**QUINN EMANUEL URQUHART &
   SULLIVAN, LLP**
51 Madison Avenue
New York, New York 10010

*Attorneys for Plaintiffs*
*Takeda Pharmaceuticals America, Inc.,*
*Takeda Pharmaceuticals U.S.A., Inc.*
*and ARIAD Pharmaceuticals Inc.*